No. 11–6417. IN RE THOMAS. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*.

No. 11–6532. IN RE RUIZ RIVERA. Petition for writ of mandamus denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–6961. IN RE RUSTON. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of mandamus dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) *(per curiam)*. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–159. ASTRUE, COMMISSIONER OF SOCIAL SECURITY v. CAPATO, ON BEHALF OF B. N. C. ET AL. C. A. 3d Cir. Certiorari granted.

No. 11–161. ARMOUR ET AL. v. CITY OF INDIANAPOLIS, INDIANA, ET AL. Sup. Ct. Ind. Certiorari granted.

No. 11–393. NATIONAL FEDERATION OF INDEPENDENT BUSINESS ET AL. v. SEBELIUS, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.; and
No. 11–400. FLORIDA ET AL. v. DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. C. A. 11th Cir. Certiorari in No. 11–393 granted. Certiorari in No. 11–400 granted limited to the issue of severability presented by Question 3 of the petition. Cases consolidated, and a total of 90 minutes is allotted for oral argument. Reported below: 648 F. 3d 1235.